**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| JOSEPH HALL, JR.,<br><br>      Plaintiff,<br><br>   v.<br><br>GEORGIA STATE PRISON OFFICIALS, et al.,<br><br>      Defendants. | CIVIL ACTION NO.: 6:19-cv-23 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9). No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendant Deal and all other Defendants in their official capacities and Plaintiff's request for the Court to fire or reprimand Defendants Hutchinson, Chambers, Sistrunk, and Michell. Plaintiff's Eighth Amendment claims against Defendants Hutchinson, Chambers, Michell, Sistrunk, Williams, Powell, and Cook and his injunctive relief claim for a transfer against Defendant Deal remain pending. (Doc. 8.)

**SO ORDERED**, this 2nd day of June, 2020.

_[signature]_

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA