IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOSEPH HALL, JR., <br><br> Plaintiff, <br><br> v. <br><br> GEORGIA STATE PRISON OFFICIALS, et al., <br><br> Defendants. | CIVIL ACTION NO.: 6:19-cv-23 |

**O R D E R**

This matter is before the Court on Defendants' Motion to Stay Proceedings.  Doc. 15. Defendants' counsel failed to indicate whether Plaintiff opposed their Motion, but Plaintiff has not responded to this Motion, and the time to do so has expired, indicating there is no opposition. Local R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to the motion.").  Thus, the Court **GRANTS** Defendants' unopposed Motion and **STAYS** all discovery, pending resolution of Defendants' motions to dismiss.  If any claims remain pending after the Court's resolution of the motions to dismiss, this stay shall be lifted automatically.

**SO ORDERED**, this 4th day of August, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA