AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSEPH HALL, JR.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-23

GEORGIA STATE PRISON OFFICIALS, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated January 27, 2021, adopting the United States Magistrate Judge's Report and Recommendation, the Court grants Defendants' Motion to Dismiss and dismisses without prejudice Plaintiff's amended complaint. The Court denies Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____

February 2, 2021                                    John E. Triplett, Acting Clerk
Date                                                Clerk

                                                    _____
                                                    (By) Deputy Clerk

GAS Rev 10/1/03